**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

JON MILLS
ADC #86911                                                                                                      PLAINTIFF

V.                                              2:09CV00188 JMM/JTR

GREG HARMON, Warden
East Arkansas Regional Unit, et al.                                                             DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections.[1] After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to comply with the Court's January 13, 2009 Order.

2.      Plaintiff's Motion for a Temporary Restraining Order (docket entry #9) is DENIED.

3.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 19th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that even though the Objections were not timely filed, they were considered.