IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JON MILLS
ADC #86911                                                                                              PLAINTIFF

V.                                           2:09CV00188 JMM/JTR

GREG HARMON, Warden
East Arkansas Regional Unit, et al.                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED, WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 19th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE