IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**JON MILLS**
**ADC # 86911**                                                                                    **PLAINTIFF**

**V.**                                        **2:09CV00188 JMM**

**GREG HARMON, ET AL**                                                                **DEFENDANTS**

### ORDER

Pending is the Plaintiff's Motion for Reconsideration. The Court has reviewed the motion (Docket # 20) and finds that it should be DENIED.

IT IS SO ORDERED this 25th day of May, 2010.

James M. Moody
United States District Judge