**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**JON MILLS
ADC # 86911**                                                                                      **PLAINTIFF**

**V.**                                          **2:09CV00188JMM**

**GREG HARMON, Warden,
East Arkansas Regional Unit,
ADC, et al**                                                                                                **DEFENDANTS**

## ORDER DENYING MOTION TO SET ASIDE JUDGMENT

Pending is Plaintiff's motion to reconsider the dismissal of his case. Judgment was entered by the Court dismissing the case without prejudice on April 19, 2010. Plaintiff's case was dismissed for failure to follow the Court's Order of January 13, 2009 and Rules 8 and 20 of the Federal Rules of Civil Procedure. Plaintiff asks the Court to set aside the Judgment and reopen his case.

Federal Rule of Civil Procedure 59(e), Motion to Alter or Amend Judgment, states: "Any motion to alter or amend a judgment shall be filed no later than 10 days after entry of the judgment." Fed. R. Civ. P. 59(e). Plaintiff filed his Motion to Set Aside Judgment on July 20, 2010, more than 10 days after entry of the Court's Judgment. For this reason, the Court finds that it must deny Plaintiff's motion.

Plaintiff's Motion to Set Aside Judgment (Docket # 32) is DENIED.

IT IS SO ORDERED this 10th day of August, 2010.

_James M. Moody_
James M. Moody
United States District Judge